IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANTHONY MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-045 |
| | ) | |
| RICK JACOBS, Clemency & Parole | ) | |
| Director; ANTOINE CALDWELL, Warden; | ) | |
| LAKEISHA FRANKLIN, Deputy Warden of | ) | |
| Care & Treatment; LAMEKA KENDRICK, | ) | |
| Chief Counselor; and KHALILAH | ) | |
| WILLIAMS, Deputy Warden of Care & | ) | |
| Treatment, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this case.

SO ORDERED this 10th day of January, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE