AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY MATTHEWS,

Plaintiff,

v.

RICK JACOBS, Clemency & Parole Director, et al.,

Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 3:21-045

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated January 10, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted. This case stands closed.

01/11/2022
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020